THE PEOPLE OF THE STATE OF NEW YORK ex rel. UTICA SUNDAY TRIBUNE COMPANY, Appellant, v. FRANCIS M. HUGO, as Secretary of State, et al., Respondents.

*People ex rel. Utica Sunday Tribune Co.* v. *Hugo*, 174 App. Div. 901, appeal dismissed.

(Argued January 12, 1917; decided January 30, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered July 13, 1916, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to review a designation made by the board of supervisors of the county of Oneida, designating the Boonville *Herald*, a newspaper owned by the respondent Willard, to publish the Session Laws and concurrent resolutions of the legis-

lature of the state of New York for the year 1916, and to declare said designation null and void and to direct respondent Francis M. Hugo, as secretary of the state of New York, to certify to the relator, appellant, to be published in its newspaper, the Utica *Herald-Dispatch,* said Session Laws and concurrent resolutions, required by law to be published in the county of Oneida in a Republican newspaper for the year 1916.

*E. D. Lee* for appellant.

*Egburt E. Woodbury, Attorney-General (Alexander T. Selkirk* of counsel), for Secretary of State, respondent.

*John C. Davies* and *G. E. Pritchard* for Garry A. Willard, respondent.

Appeal dismissed, with costs, on the ground that the question involved has become academic by lapse of time; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN, CARDOZO and POUND, JJ.